UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID MUNGAI NJENGA, et al., <br><br>     Plaintiff(s), <br> v. <br><br>EVELYNE LOUISE WAMBUI NJUKI, et al., <br><br>     Defendant(s). | CASE NO. C24-2180-KKE <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

Plaintiffs request reconsideration of the Court's previous order dismissing the case, alleging additional facts regarding jurisdiction that they contend would support the Court's exercise of jurisdiction. Dkt. No. 42. Plaintiffs request that the Court rescind its prior order of dismissal and enter default judgment against Defendants 30 days after the filing of the motion for reconsideration. *Id*. at 5–6.

The Court finds that Plaintiffs have not shown that reconsideration is warranted, as they continue to allege new facts and attempt to amend their complaint. Dkt. Nos. 42, 43. Plaintiffs have not shown that these new facts and allegations could not have been brought to the Court's attention earlier, or that they reveal manifest error in the Court's reasoning, as required to justify reconsideration. *See* Local Rules W.D. Wash. LCR 7(h)(1) ("The court will ordinarily deny [motions for reconsideration] in the absence of a showing of manifest error in the prior ruling or a

ORDER DENYING MOTION FOR RECONSIDERATION - 1

showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.").

Accordingly, the Court DENIES Plaintiffs' motion and this case remains closed.  Dkt. No. 42.

Dated this 10th day of July, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2